**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARNELL WILLIAMS,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:23-651** |
| **v.** | : | **(JUDGE MANNION)** |
| **SUPERINTENDENT RANSOM, *et al.*,** | : | |
| **Respondents** | : | |

## ORDER

**NOW**, **THEREFORE**, in accordance with the accompanying Memorandum issued on this date, **IT IS HEREBY ORDERED THAT**:

1. Respondents shall have a period of **twenty-one (21) days** from the date of this Order to file a second supplemental response addressing whether *pro se* Petitioner's submissions, including his June 21, 2021 and May 20, 2022 petitions to amend his amended second PCRA petition, tolled the limitations period under 28 U.S.C. §2244(d). Their second supplemental response shall also describe, in detail, their understanding of all events that transpired in the Dauphin County Court of Common Pleas from June 21, 2021, through the date of the Court of Common Pleas dismissal Order entered on June 29, 2023.

2. Respondents shall attach to their second supplemental response copies of ***all documents*** docketed in Williams's criminal case, No. CP-22-CR-3969-2011, starting with Williams's June 21, 2021 petition to amend his amended second PCRA petition through and including the Court of Common Pleas dismissal Order entered on June 29, 2023.

3. Respondents shall ensure that copies of their second supplemental response and attachments thereto are promptly

served on Williams, and they shall file an appropriate certificate of service on the docket in this case.

4. Williams shall have a period of **twenty-one (21) days** from the filing of Respondents' second supplemental response to file a reply.

**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 8/26/26

23-0651-01-ORDER